**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-00019-LTB-MEH

SHANYA CROWELL,

       Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiff's Uncontested Motion for Leave to File Amended Complaint (Doc 12 - filed June 8, 2012) is **GRANTED**.  The tendered Amended Complaint is accepted for filing.

Dated:  June 11, 2012
___