**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-00019-LTB-MEH

SHANYA CROWELL,

      Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

      Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant's Unopposed Motion to File Surreply to Plaintiff's Motion for partial Summary Judgment (Doc 27 - filed January 7, 2013) is **GRANTED**.  The tendered Surreply is accepted for filing.

Dated:   January 8, 2013