**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-00019-LTB-MEH | Date:   April 29, 2013 |
| Courtroom Deputy:    Cathy Pearson | **FTR – Courtroom A501** |

SHANYA CROWELL,                                                                Robert Liechty

    Plaintiff,

vs.

DENVER HEALTH AND HOSPITAL AUTHORITY,                  Colin Walker

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:**     1:56 p.m.

Court calls case.  Appearances of counsel.

Discussion held regarding Defendant's Motion for Sanctions for Failure to Disclose Evidence (Doc. #38, filed 4/12/13) and taking Plaintiff's deposition by video conference.

**ORDERED:**   Defendant's Motion for Sanctions for Failure to Disclose Evidence (Doc. #38, filed 4/12/13) is DENIED as stated on the record.

Defendant's costs incurred in the process of taking of Plaintiff's deposition on the issues raised in the Motion for Sanctions should be part of their cost award.

**Court in recess:**        2:16.m            **(Hearing concluded)**
**Total time in court:**  0:20