**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  July 29, 2013                          Courtroom Deputy: Bernique Abiakam
Civil Case No.: 12-cv-00019-JLK              Court Reporter: Mary George

SHANYA CROWELL,                              Robert M. Liechty

     Plaintiff,

v.

DENVER HEALTH AND HOSPITAL                   Colin A. Walker
AUTHORITY,                                    Brent T. Johnson

     Defendant.

---

## COURTROOM MINUTES

**Final Trial Preparation Conference**

**9:30 a.m.     Court in session.**

Court calls case.  Counsel present.

Preliminary remarks by the Court.

Comments by the Court regarding Jury Instructions.

**ORDERED:  Counsel shall submit proposed Jury Instructions by August 5, 2013.**

Case will be tried to a Jury of 12 with no alternates.

Discussion regarding jury selection, voir dire, trial schedule, trial expectations, stipulation of exhibits, and witnesses.

Discussion regarding equitable remedy, damages, and Jury Instruction Conference.

**10:13 a.m.    Court in recess.**

**10:28 a.m.    Court in session.**

Argument heard on Doc. No. 48.

*12-cv-00019-JLK*
*Trial Preparation Conference*
*July 29, 2013*

Argument by Mr. Johnson.

Argument by Mr. Liechty (response brief) tendered to the Court.

**ORDERED:   Defendant's Motion To Amend Final Pretrial Order (Filed 7/26/13; Doc. No. 48) is DENIED.**

Mr. Liechty states that he will provide opposing counsel with specified disclosures before trial.

**ORDERED:   A further Trial Preparation Conference is set for August 9, 2013 at 11:00 a.m.**

**10:31 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 00:46