IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-00019-JLK

SHANYA CROWELL,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 14TH day of August 2013.

BY THE COURT:

_____
John L. Kane, Senior Judge
United States District Court

_____     _____
Counsel for Plaintiff                                  Counsel for Defendant