IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00019-JLK-MEH

SHANYA CROWELL,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This matter was tried as to Plaintiff's claims on August 12, 2013 through August 14, 2013, before a duly sworn jury of twelve, the Honorable Judge John L. Kane presiding. At the conclusion of the Plaintiff's case, the Court heard oral arguments and statements of counsel and made its findings of fact and conclusions of law, which are incorporated herein by reference as if fully set forth. Accordingly, it is

ORDERED that the Defendant's Oral Motion for Judgment as a Matter of Law Under Federal Rules of Civil Procedure 50 is GRANTED as to all claims. It is

FURTHER ORDERED that this case is DISMISSED. It is

FURTHER ORDERED that the parties shall pay their own costs.

  Dated at Denver, Colorado this 20th day of August, 2013.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By: s/Edward P. Butler
                                    Edward P. Butler, Deputy Clerk